*William E. Sims* for appellant.
*James M. Gorman* and *Pierre M. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

BELBIRD REALTY CORPORATION, Appellant, *v.* MINNIE WOLFSON, Respondent.

*Vendor and purchaser — contract — specific performance — action to compel specific performance of an alleged contract to sell real property — when writing mere receipt.*

*Belbird Realty Corp.* v. *Wolfson*, 221 App. Div. 67, affirmed.
(Argued June 5, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered October 22, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to compel specific performance of an alleged contract to convey real property which read as follows: " Received from Belbird Rlty. Corp. check for $100.00 as binder for the purchase of property 835 Columbus Ave. Price $68,000. Subject to 1st mtg. $30,000 at $5\frac{1}{2}\%$ 5 yrs. Cash $20,000. Balance of $18,000 to be taken back in a purchase money mortgage for 10 yrs. payable $1,000 a year for the 1st 5 yrs. and $1,200 a year for the remaining 5 years with interest at $6\%$ per annum. Contract to be signed Monday Jan. 12/25 at the office of Wm. M. Bennett, 15 William St., balance of $2,900 deposit to be paid on the signing of the contract. In the event of the contract not being signed the $100.00 deposit is to be returned to the purchaser." The Appellate Division held that the writing constituted a mere receipt and that specific performance should not be granted.

*Norman S. Goetz, Sylvan Gotshal* and *Melvin Robbins* for appellant.

*Francis G. Caffey, Stark B. Ferriss* and *Francis S. Ferriss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM H. WILLIAMS, Respondent, *v.* THE CITY OF NEW YORK et al., Defendants, and JOHN D. ANTONO-PULOS, Appellant.

*New York city — parks — taxpayer's action to restrain erection of buildings in park under lease or license — park commissioner without power to lease and license an abuse of discretion.*

*Williams* v. *Hylan*, 223 App. Div. 48, affirmed.
(Argued June 5, 1928; decided June 19, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1928, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and granting a new trial. The action, by a taxpayer, was brought to restrain the erection, use and occupation of two buildings in Battery Park, borough of Manhattan, under a lease or license from the commissioner of parks. The Appellate Division held that the commissioner was without power to execute a lease of park property and if the writing was a mere revocable license, the granting thereof was a clear abuse of discretion.

*Edmund L. Mooney* and *Wilber W. Chambers* for appellant.

*George P. Nicholson,* Corporation Counsel (*Vine H. Smith, Josiah A. Stover* and *J. Joseph Lilly* of counsel), for city of New York et al.

*W. B. Roulstone, Joseph Kahn* and *R. G. Gordon* for respondent.